IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**DAVID LANEY, JEREMY ADAMS, KEVIN HOLMES**          **PLAINTIFFS**
**and DOUGLAS MONEYPENNY, Individually and**
**on behalf of Others Similarly Situated**

vs.         No. 5:17-cv-650-FB-HJB

**REDBACK ENERGY SERVICES, LLC,**            **DEFENDANTS**
**REDBACK COIL TUBING, LLC, DAVID DROKE,**
**MIKE FERNANDEZ, PAUL JACOBI,**
**DANTE DOMENICHELLI, PHIL LANCASTER**
**and MARK LAYTON**

## NOTICE OF SETTLEMENT

The purpose of this Notice of Settlement is to apprise the Court that Plaintiffs and Defendants have reached a settlement that will resolve all claims asserted by Plaintiffs. The parties are in the process of finalizing settlement terms and expect to file the necessary settlement and dismissal papers with the Court within 21 days from the filing of this Notice of Settlement.

Respectfully submitted,

**PLAINTIFFS DAVID LANEY, JEREMY ADAMS, KEVIN HOLMES, and DOUGLAS MONEYPENNY,** Individually and on behalf of All Others Similarly Situated

SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

By: */s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing NOTICE was electronically filed with the Clerk for the U.S. District Court, Western District of Texas, San Antonio Division, using the electronic case filing system of the Court. The counsel of record listed below are registered to receive an electronic copy hereof.

William R. Stukenberg, Esq.
Alice Liu, Esq.
Jackson Lewis P.C.
1415 Louisiana, Suite 3325
Houston, Texas 77002-7332
Tel. 713-650-0404
Fax 713-650-0405
William.Stukenberg@jacksonlewis.com
Alice.Liu@jacksonlewis.com

*/s/ Josh Sanford*
**Josh Sanford**