# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| DAVID LANEY, JEREMY ADAMS, KEVIN HOLMES and DOUGLAS MONEYPENNY, Individually and on Behalf of Others Similarly Situated, </br></br>    Plaintiff, </br></br>V. </br></br>REDBACK COIL TUBING, LLC; MIKE FERNANDEZ; PAUL JACOBI; DANTE DOMENICHELLI; PHIL LANCASTER; and MARK LAYTON, </br></br>    Defendants. | </br></br></br></br></br></br></br></br>CIVIL ACTION NO. SA-17-CA-650-FB |

## ORDER OF DISMISSAL AND JUDGMENT

Before the Court is the Joint Stipulation of Dismissal With Prejudice (docket no. 58) informing the Court that the parties have entered into a Settlement Agreement. The parties advise that they seek to dismiss the case pursuant to Rule 41(a)(1)(A)(ii). Although Rule 41(a)(1)(A)(ii) allows the plaintiff to dismiss an action voluntarily without a court order, the parties have requested an order from this Court.

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED and DECREED that pursuant to the Joint Stipulation of Dismissal (docket no. 58) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in the above-referenced lawsuit are DISMISSED WITH PREJUDICE, with each party to bear costs and expenses subject to the Settlement Agreement.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are DISMISSED as MOOT and this case is CLOSED.

It is so ORDERED.

SIGNED this 11th day of April, 2019.

                                                    FRED BIERY
                                                  UNITED STATES DISTRICT JUDGE